05-322-M-01

# United States District Court
## District of Maryland

RECEIVED
U.S. MARSHAL
GREENBELT, MD

JUL 29  2 12 PM '05

UNITED STATES OF AMERICA

v.

TREVELL TREMAINE HICKS

WARRANT FOR ARREST

Case No. PJM-98-0286

**FILED**

JUL 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: The United States Marshal and any
Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___TREVELL TREMAINE HICKS___
                                              Name

and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition

charging him or her with (brief description of offense):

SEE ATTACHED

in violation of Title ___18___ United States Code, Section(s) ___3606___

___Felicia C. Cannon___                    ___Clerk, U.S. District Court___
Name of Issuing Officer                    Title of Issuing Officer

___[signature] Tate___                     ___July 29, 2005    Greenbelt, MD___
(By) Deputy Clerk                          Date and Location

Bail fixed at $___None___                  by ___Peter J. Messitte, United States District Judge___
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| Date Received 7/29/05 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 7/13/06 | Sean McLeod  SDUSM | S. M[signature] |

U.S. DISTRICT COURT (Rev. 12/1999) - Bench Warrant