AO 94 (Rev. 8/85) Commitment to Another District

*Forthwith*

# United States District Court

_____ DISTRICT OF _____

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |

Trexell Hicks

CASE NUMBER: 06-322 M

The defendant is charged with a violation of __18__ U.S.C. __3606__ alleged to have been committed in the __Maryland__ District of __Greenbelt__.

Brief Description of Charge(s):

Arm Robbery

**FILED**

JUL 13 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

__7/13/06__                                                                 __[signature]__
Date                                                                                Judicial Officer

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |