**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
Date: 7/21/06

_____ FILED  _____ ENTERED
_____ LOGGED _____

JUL 2 4 2006

AT _____
CLERK U.S. _____
DISTRICT OF _____
BY _____ DEPUTY

Nancy Mayer-Whittington
Clerk of the Court
Address of Other Court: United States District Court
6500 Cherrywood Lane
Second Floor
Greenbelt, Md. 20770

RE: 06-322MG (Trevell Tremaine Hicks)

**FILED**

SEP 0 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | | Warrant of Removal |
| X | Warrant/Probation Viol Pet | | Order of Removal |
|   | Minute Order Appointing Counsel | X | Detention Order |
|   | Corporate Surety Bond | X | Waiver of Removal |
|   | Personal Surety Bond | | |
| X | Other- Blotter dated 7/13/06. | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk